United States District Court
Southern District of Texas
**ENTERED**
October 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DAVID A. PHILLIPS, § § *Plaintiff,* § VS. § FLAGSHIP CREDIT ACCEPTANCE, § LLC, § § *Defendant.* § § | CIVIL ACTION NO. 3:19-CV-00408 |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' Agreed Stipulation of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure. Dkt. 16. That motion is granted. Accordingly, it is ordered that all claims asserted by plaintiff Renee M. Phillips against defendant Flagship Credit Acceptance, LLC are dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this, the 27th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE